AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Gregory J. | Florida - District Court | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

401 W. Central Blvd.
Suite 3-550
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Akerman Senterfitt 401k SunTrust Retirement Plan, Self-Directed |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Employment - Orange County Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Visa | Credit Card | J |
| 3. | Mastercard (CitiCards) | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Orlando, FL (2004 $257,000) | E | Rent | N | R | | | | | |
| 2. Rental Property #2, Orlando, FL (2004 $260,000) | E | Rent | N | R | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. -Vanguard 500 Index Fund Admiral (VFIAX) | B | Dividend | L | T | | | | | |
| 5. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | B | Dividend | L | T | | | | | |
| 6. -Vanguard Selected Value Fund (VASVX) | C | Dividend | L | T | | | | | |
| 7. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | K | T | | | | | |
| 8. Brokerage Account #2 | | | | | | | | | |
| 9. Oppenheimer International Growth | B | Dividend | L | T | | | | | |
| 10. Janus Venture Fund T | D | Dividend | N | T | | | | | |
| 11. Artisan Mid Cap Value Investor | E | Dividend | N | T | | | | | |
| 12. Brokerage Account #3 (IRA) | | | | | | | | | |
| 13. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 14. -Vanguard Growth Index Fund Admiral (VIGAX) | A | Dividend | K | T | | | | | |
| 15. -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 16. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 17. Brokerage Account #4 (403b) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 19. -Vanguard Growth Index Fund Investors (VIGRX) | A | Dividend | K | T | | | | | |
| 20. -Vanguard 500 Index Fund Investors (VFINX) | A | Dividend | K | T | | | | | |
| 21. -Vanguard Mid-Cap Index Fund Investors (VIMSX) | A | Dividend | L | T | | | | | |
| 22. Brokerage Account #5 (IRA) | | | | | | | | | |
| 23. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 24. -Vanguard 500 Index Fund Admiral (VFIAX) | B | Dividend | L | T | | | | | |
| 25. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 26. -Vanguard Value Index Fund Admiral (VVIAX) | A | Dividend | K | T | | | | | |
| 27. Bank Account - Central Florida Educators Credit Union | A | Interest | J | T | | | | | |
| 28. Bank Account - Central Florida Educators Credit Union (Y) | | | | | | | | | |
| 29. Brokerage Account #6 (403b) | | | | | | | | | |
| 30. -American Century Heritage (TWHIX) | E | Dividend | M | T | | | | | |
| 31. Brokerage Account #7 | | | | | | | | | |
| 32. -American Century Heritage (TWHIX) | B | Dividend | K | T | | | | | |
| 33. Brokerage Account #8 (Bene IRA) | | | | | | | | | |
| 34. -Vanguard International Growth Inv | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #9 | | | | | | | | | |
| 36. Ishares Trust Core MSCI Europe ISIN (IEUR) (Y) | | | | | | | | | |
| 37. Ishares Trust Shares Core MSCI PAC (IPAC) (Y) | | | | | | | | | |
| 38. Ishares 3-7 yr Treasury Bond ETF (IEI) (Y) | | | | | | | | | |
| 39. Pimco ETF Tr 1-5 yr US Tips Index Fd (STPZ) (Y) | | | | | | | | | |
| 40. Brandes International Small Cap Equity I (BISMX) (Y) | | | | | | | | | |
| 41. Cambiar Small Cap Fund - Institutional (CAMZX) (Y) | | | | | | | | | |
| 42. Eaton Vance Atlanta Cap SMID Cap Fd I (EISMX) (Y) | | | | | | | | | |
| 43. Federated Strategic Value Dividend IS (SVAIX) (Y) | | | | | | | | | |
| 44. John Hancock Disciplined Value I (JVLIX) (Y) | | | | | | | | | |
| 45. JP Morgan US Equity Fund Instl Class (JMUEX) (Y) | | | | | | | | | |
| 46. Mainstay ICap International Fd I (ICUEX) (Y) | | | | | | | | | |
| 47. Manning & Napier World Oppt Ser CL A (EXWAX) (Y) | | | | | | | | | |
| 48. Oppenheimer Dev Markets Fd Class Y (ODVYX) (Y) | | | | | | | | | |
| 49. T Rowe Price Divers Small cap Growth (PRDSX) (Y) | | | | | | | | | |
| 50. T Rowe Price Instl Large Cap Growth (TRLGX) (Y) | | | | | | | | | |
| 51. Van Eck Emerging Markets Fund CL Y (EMRYX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wasatch Long/Short Fund (FMLSX) (Y) | | | | | | | | | |
| 53. Wells Fargo Advtng Absolute Return Inst (WABIX) (Y) | | | | | | | | | |
| 54. Doubleline Total Return Bond Fd Cl I (DBLTX) (Y) | | | | | | | | | |
| 55. Eaton Vance Floating Rate Class I (EIBLX) (Y) | | | | | | | | | |
| 56. Pimco Emerging Local Bond Fd Inst CL (PELBX) (Y) | | | | | | | | | |
| 57. Pimco Inv Grade Corp Bond Instl (PIGIX) (Y) | | | | | | | | | |
| 58. The Osterweis Strategic Income Fd (OSTIX) (Y) | | | | | | | | | |
| 59. Vanguard Backed Securities Indx Adm (VMBSX) (Y) | | | | | | | | | |
| 60. SunTrust Bank Deposit Sweep Program (Y) | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Gregory J.** | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Y) - Brokerage Account #9, on lines 35-60, and Bank Account - Central Florida Educators Credit Union on line 28, were being held for a dependent. The owner of the account is no longer a dependent starting with the tax year 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gregory J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544